## Request for Authorization to bring electronic device(s) into the United States District Court for the Eastern District of Virginia

The following named person(s) is authorized to bring the below described electronic device(s) into the United States District Court for the Eastern District of Virginia on the date(s) specified:

Authorized Person(s):   Amy Epstein Gluck

   Christina H. Bost Seaton

Electronic Device(s):   Laptop Computers

   Cellular Phones

Purpose and Location Of Use:   U.S. District Court, EDVA, Alexandria

   Courtroom 600

Case No.:   1:25-cv-00470

Date(s) Authorized:   July 2, 2025

IT Clearance Waived:   _____(Yes)   _____(No)

APPROVED BY:

/s/ Michael S. Nachmanoff
United States District Judge

Date: 7/1/25

United States District/Magistrate/Bankruptcy Judge

**A copy of this signed authorization must be presented upon entering the courthouse.**

IT Clearance:   _____   _____
   IT Staff Member   Date(s)

**IT clearance must be completed, unless waived, before court appearance.**