IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PAPAYA GAMING, LTD., <br>      *Plaintiff*, <br>  v. <br><br> FAIR PLAY FOR MOBILE GAMES, et al., <br>      *Defendants*. | 1:25-cv-00470-MSN-IDD |

ORDER

This matter comes before the Court on several motions filed by two sets of Defendants (ECF 48, 49, 50, 51, 52, 55, 83, 86, 90). Having considered the various motions, oppositions thereto, replies, and the arguments of counsel presented at the hearing on July 2, 2025, and for the reasons stated from the bench, it is hereby

**ORDERED** that the Requests for Judicial Notice (ECF 51, 55, 86 & 90) are **GRANTED**; it is further

**ORDERED** that the Motion to Transfer Case or Stay filed by Defendants Fair Play For Mobile Games, Josh Levin, Mavan Group, Inc., Square Strategies LLC, and Valor Public Strategies LLC (ECF 50) is **GRANTED IN PART**; it is further

**ORDERED** that the Motion to Dismiss, or, In The Alternative, to Strike, Transfer, or Stay the Litigation filed by Defendants Assemble the Agency LLC and Lacie Newton (ECF 52) is **GRANTED IN PART**; and it is further

**ORDERED** that the instant action is **TRANSFERRED** to the United States District Court for the Southern District of New York.

It is **SO ORDERED.**

The Clerk is directed to transfer all filings in this action and a copy of the docket sheet to the Clerk of the United States District Court for the Southern District of New York and to close this civil action

/s/
Michael S. Nachmanoff
United States District Judge

July 2, 2025
Alexandria, Virginia